GEORGE PIERRO, PLAINTIFF-RESPONDENT, v. HARRY BENDER, *ET AL.*, DEFENDANTS-RESPONDENTS AND ACHESON MANUFACTURING CO., DEFENDANT-PETITIONER.

*Messrs. Lamb, Blake Hutchinson & Dunne* and *Mr. Joseph T. Ryan* for the petitioner.

*Messrs. Stevens & Mathias, Messrs. Mead, Gleason, Hansen & Pentages, Mr. Francis Sorin, Messrs. Beggans & Stevens, Messrs. Neiss & Radowitz* and *Mr. Theodore Calhoun* for the respondents.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES JOHN GRAHAM, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Michael R. Blacker* for the petitioners.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Curtis* for the respondent.

June 30, 1969. Denied.

TRI COUNTY ASPHALT CORP., PLAINTIFF-RESPONDENT, v. PERRY M. SHOEMAKER AND JOHN E. FARRELL, TRUSTEES, *ETC.*, DEFENDANTS-PETITIONERS.

*Mr. Charles J. Milton* and *Mr. William F. Tuohey* for the petitioners.

*Mr. Charles I. Malovany* and *Mr. Edwin N. Gross* for the respondent.

June 30, 1969. Denied.